**STATE of Missouri, Respondent,**

v.

**Cary Martin ADAMS, Appellant.**

**No. WD 54026.**

Missouri Court of Appeals,
Western District.

May 26, 1998.

Andrew A. Schroeder, Asst. Appellate Defender, Kansas City, for Appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Before HOWARD, P.J., and BRECKENRIDGE and SPINDEN, JJ.

### Order

PER CURIAM.

Cary Martin Adams appeals from his conviction of assault in the second degree, § 565.060 RSMo 1994.

Judgment affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**David W. PREATOR, Appellant.**

**No. WD 54321.**

Missouri Court of Appeals,
Western District.

May 26, 1998.

Catherine Connelly, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for Respondent.

Before HOWARD, P.J., and BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

David W. Preator appeals the circuit court's judgment convicting him of forcible sodomy after a jury trial. We affirm. Rule 30.25(b).